# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :   No. 224 MAL 2018

                Respondent   :

                :   Petition for Allowance of Appeal from

                :   the Order of the Superior Court

             v.   :

                :

JOHN EDWARD CHAIRMONTE,   :

                :

                Petitioner   :

## ORDER

**PER CURIAM**

     **AND NOW**, this 15th day of August, 2018, the Petition for Allowance of Appeal is **DENIED**.